1  LAWRENCE G. BROWN
   UNITED STATES ATTORNEY
2
3  MICHAEL E. O'BRIEN
   SPECIAL ASSISTANT UNITED STATES ATTORNEY
4  Office of the Staff Judge Advocate
   AFFTC/JA
5  1 South Rosamond Blvd.
   Edwards AFB, California 93524
6  Phone: (661) 277-4380 / Fax: (661) 277-1625
7
8
9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
11  U N I T E D   S T A T E S   O F   A M E R I C A,
                                                        MOTION AND ORDER FOR
12                      Plaintiff,                            DISMISSAL
                                                        CAED Case No 5:10-mj-32 JLT
13                         v.                            CVB  CASE NO.: 2036163
14
15  Stanley C. Beach,                                   MAGISTRATE JUDGE
16                      Defendant.
17

18  The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, hereby moves this honorable Court to dismiss the Violation Notice against Stanley C.
20  Beach, with prejudice, in the interest of justice.
21                                          Respectfully Submitted
22
23                                          Lawrence G. Brown
                                            United States Attorney
24  DATED:  June 16, 2010
25                                   By
26                                          MICHAEL E. O'BRIEN
                                            Special Assistant United States Attorney
27
28

                                            1

1          <u>ORDER</u>

2

3    IT IS HEREBY ORDERED that the case against Stanley C. Beach, Case No.: 2036163, be

4    dismissed, with prejudice, in the interest of justice, and that the status hearing set for August 12,

5    2010 and the trial hearing set for September 16, 2010 are VACATED.

6

7    DATED this   16th day of   June  , 2010

8

9

10                    Jennifer L. Thurst

11                    JENNIFER L. THURSTON

12                    US MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2